886

No. 237. COMMISSIONER OF INTERNAL REVENUE v. MERRITT ET AL. C. A. 4th Cir. Certiorari granted. The case is consolidated with No. 134 and a total of one and one-half hours is allotted for the oral argument of both cases. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Melva M. Graney* for petitioner. *John Y. Merrell* for respondents.

No. 365. SANSONE v. UNITED STATES. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit granted limited to Questions 1 and 2 presented by the petition which read as follows:

"1. Whether the willful delivery of a false income tax return, a misdemeanor under section 7207 of the Internal Revenue Code of 1954, is a lesser included offense within section 7201 thereof, making it a felony to willfully attempt in any manner to evade one's income tax, and whether a defendant is entitled under Rule 31 (c) of this [the] Federal Rule[s] of Criminal Procedure to a lesser offense instruction with respect thereto.

"2. Whether the willful failure to pay one's income tax, a misdemeanor under section 7203 of the Internal Revenue Code of 1954, is a lesser included offense within section 7201 thereof, making it a felony to willfully attempt in any manner to evade one's income tax, and whether a defendant is entitled under Rule 31 (c) of the Federal Rules of Criminal Procedure to a lesser offense instruction with respect thereto."

*Stanley M. Rosenblum* and *Merle L. Silverstein* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *Burton Berkley* for the United States.